**Nancy L. Lock (Nee Lutz), Plaintiff-Appellant, v. Carlton W. Lutz, Defendant-Appellee.**

**Gen. No. 69–154.**

Fifth District.

September 10, 1970.

Pratt, Mosele, Cohn & Day, of East Alton, for appellant; John W. Hoefert, of Alton, for appellee. Opinion PER CURIAM. **Not to be published in full.**